UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY KENNER *<br>  *Plaintiff* *<br>   *<br>VERSUS *<br>   *<br>WINN-DIXIE MONTGOMERY, LLC *<br>  *Defendant* *<br>   *<br>* * * * * * * * * * * * * * * ***** | Docket No. 2:22-cv-03147<br><br>District Judge: Hon. Eldon E. Fallon<br><br>Magistrate: Hon. Janis Van Meerveld |

## Motion to Consolidate
## Or Dismiss Plaintiff's Second Filed Action

Defendant, Winn-Dixie Montgomery ("Winn-Dixie"), through undersigned counsel, moves this Court per FED. R. CIV. P. 42 to consolidate the case captioned *Mary Kenner v. Winn-Dixie*, Docket No. 2:22-cv-03340, with the above captioned matter, or to dismiss Plaintiff's second filed Action. As grounds for this motion, both actions involve common—if not identical—questions of law and fact. Further, Plaintiff's re-filed state action would subvert the removal jurisdiction of this Court, requiring Winn-Dixie to file a second removal, thereby imposing unnecessary costs and attorney's fees on Winn-Dixie.

Wherefore, Winn-Dixie asks this Court to: (1) consolidate the two actions; or (2) issue any other orders to avoid unnecessary cost or delay—including, but not limited to, dismissal of the Plaintiff's second filed action; and (3) award Winn-Dixie's reasonably incurred excess costs, expenses, and attorney's fees caused by Plaintiff's duplicative and improper filing.

[*Signature block on following page*]

<div style="float: right;">

Respectfully submitted,

/s/ Matthew F. Morgan
Sidney W. Degan (La. Bar No. 4804)
  sdegan@degan.com
Matthew F. Morgan (La. Bar No. 32966)
  mmorgan@degan.com
DEGAN, BLANCHARD & NASH
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 529-3333
Facsimile: (504) 529-3337
*Counsel for Winn-Dixie Montgomery, LLC*

</div>

**Certificate of Service**

The undersigned attorney certifies that he has electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing on September 19, 2022.

/s/ Matthew F. Morgan