**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KENNER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-3147** |
| **WINN-DIXIE MONTGOMERY, LLC** | **SECTION "L" (1)** |

    This Court has been apprised that the duplicative action to this case, No. 22-3340, has been dismissed by the Honorable Susie Morgan. Accordingly, this motion for consolidation is **DENIED AS MOOT.** This matter shall proceed as case No. 22-3147.

    New Orleans, Louisiana, this 4th day of October, 2022.

**UNITED STATES DISTRICT JUDGE**